JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOHN ROBERT HERNANDEZ,

Petitioner,

v.

ADELANTO ICE DETENTION, ET AL.,

Respondents.

No. ED CV 26-2760-CAS(E)

JUDGMENT

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 28, 2026.

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE